IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEMP-TATIONS LLC, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 2:13-cv-06822-JD |
| VALUEVISION MEDIA, INC., | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Laurence S. Shtasel of the law firm Blank Rome LLP on behalf of Plaintiff Temp-tations, LLC in the above-captioned action.

                                          BLANK ROME LLP

                                          By:    /s/ Laurence S. Shtasel
                                                      Laurence S. Shtasel
                                                        One Logan Square
                                                        Philadelphia, PA 19103
                                                        Tel: (215) 569-5691
                                                        Fax: (215) 832-5691

Dated: December 20, 2013

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Entry of Appearance to be served on the following by email as indicated:

Nicole D. Galli
Benesch, Friedlander, Coplan & Aronoff LLP
One Liberty Place
1650 Market Street, Suite 3611
Philadelphia, PA 19103
ngalli@beneschlaw.com

*Attorney for Defendant ValueVision Media, Inc.*

/s/ Laurence S. Shtasel
LAURENCE S. SHTASEL

Dated: December 20, 2013